IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Q INDUSTRIES, INC., JOHN MOSER, DANA MOSER WILKINSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; *Plaintiffs* <br><br> -vs- <br><br> RACKSPACE TECHNOLOGY, INC., *Defendant* | SA-22-CV-01322-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiffs Q Industries, Inc., John Moser, and Dana Moser Wilkinson shall take nothing by their claims against Defendant Rackspace Technology, Inc., and Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 18th day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE